■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORIEGA PAULINO, Appellant. [849 NYS2d 778]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered July 22, 2005, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). The police found defendant in possession of prerecorded buy money, and there was a satisfactory explanation for their inability to recover additional drugs. Concur—Mazzarelli, J.P., Saxe, Friedman, Catterson and Acosta, JJ.